# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RIVERS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK N.A.,<br><br>  Defendant. | Case No. 1:24-cv-01129-JLT-SAB<br><br>ORDER RE: STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION<br><br>(ECF No. 14) |

On November 25, 2024, the parties filed a stipulation to stay this action while they participate in arbitration.

Pursuant to the stipulation of the parties, and good cause appearing, it is HEREBY ORDERED that:

1. This action is stayed during the arbitration of this matter;
2. Plaintiffs shall submit all claims against Defendant JPMorgan Chase Bank N.A. to binding arbitration pursuant to the terms of the stipulation of the parties and the terms of the arbitration provision;
3. All pending matters and dates in this action are VACATED;
4. Within **one hundred eighty (180) days** the parties shall file a joint notice informing the court of when the arbitration is set to take place; and

/ / /

/ / /

5. Within **fourteen (14) days** of the completion of arbitration, the parties shall file a notice informing the Court that arbitration has been completed.

IT IS SO ORDERED.

Dated: __**November 26, 2024**__

STANLEY A. BOONE
United States Magistrate Judge

2