# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RIVERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK N.A.,<br><br>　　　　Defendant. | Case No. 1:24-cv-01129-JLT-SAB<br><br>ORDER RE: PLAINTIFF'S STATUS REPORT<br><br>(ECF No. 16)<br><br>**MAY 30, 2025 DEADLINE** |

  On November 26, 2024, the Court entered an order staying the action during the arbitration of this matter pursuant to the stipulation of the parties. (ECF Nos. 14, 15.) The Court vacated all pending matters and ordered that the parties file a notice within 180 days when the arbitration was set to take place.

  On May 23, 2025, Plaintiffs filed a status report informing the Court that they initiated the arbitration with the Judicial Arbitrations and Mediation Services, Inc. ("JAMS") on December 10, 2024. (ECF No. 16 at 2.) Plaintiff paid the non-refundable filing fee required to initiate arbitration in this matter and indicated that Defendant was responsible for all other fees, including a pending payment of $1,750.00. (Id.) Plaintiff contends that on March 11, 2025, Defendant informed Plaintiffs and JAMS that JAMS is not a proper arbitration provider for this matter. (Id.) Defendant did not make a payment to JAMS to initiate arbitration. As such, JAMS informed all parties on March 28, 2025 that the matter was closed. Plaintiffs proffer that they are considering their position and request that they be allowed to file a further status update to the

1 Court by May 30, 2025.  The Court finds good cause to grant Plaintiff's request for an extension
2 of time to file a status report.

3       Accordingly, IT IS HEREBY ORDERED that a status report be filed **no later than May
4 30, 2025**. <u>The parties are advised that, based upon the information provided in the status report,
5 the Court may issue an order requiring that the parties show cause why sanctions should not
6 issue for failure to comply in good faith with the November 25, 2024 stipulation and November
7 26, 2024 order to timely arbitrate this action.</u>

IT IS SO ORDERED.

Dated: **May 28, 2025**

                                       STANLEY A. BOONE
                                       United States Magistrate Judge