# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RIVERS, et al., | Case No. 1:24-cv-01129-JLT-SAB |
| Plaintiffs, | ORDER SETTING JULY 30, 2025 EVIDENTIARY HEARING |
| v. | |
| JPMORGAN CHASE BANK N.A., | |
| Defendant. | |

The Court finds an evidentiary hearing will aid the Court in determination of Plaintiff's May 30, 2025 motion to proceed in this Court (ECF No. 18) and the Court's November 26, 2024 entry of the parties' stipulation to submit the matter to binding arbitration (ECF Nos. 14, 15). Counsel for both Plaintiff and Defendant shall be prepared to testify and are advised they should have additional counsel present for their examination.

Accordingly, IT IS HEREBY ORDERED that:

1. An evidentiary hearing regarding Plaintiff's motion (ECF No. 18) is SET for **July 30, 2025 at 10:00 AM in Courtroom 9**;

2. The parties SHALL submit exhibits and a witness list **no later than July 16, 2025**; and

///

///

3. Should the parties agree to abide by the terms of the November 26, 2024 stipulation to submit the matter to binding arbitration (ECF No. 15) and withdraw the motion (ECF 18), the parties shall notify the Court immediately and the Court will vacate the hearing.

IT IS SO ORDERED.

Dated: **June 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2