# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RIVERS, et al., | Case No. 1:24-cv-01129-JLT-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO WITHDRAW MOTION AND TO PROCEED IN JAMS ARBITRATION |
| v. | |
| JPMORGAN CHASE BANK, N.A., | (ECF No. 23) |
| Defendant. | THIRTY-DAY DEADLINE |

On July 1, 2025, Plaintiffs filed a stipulation to withdraw their "Motion to Proceed in this Court." (ECF No. 23.) Additionally, the parties have stipulated to "proceed pursuant to the Order re: Stipulation to Submit Matter to Binding Arbitration, ordered on November 26, 2024 (ECF 15). Further, the parties stipulate to participate in arbitration offered by the Judicial Arbitration and Mediation Services, Inc. ("JAMS")." (Id. at p. 2.)

In light of the foregoing, the Court approves the stipulation and directs the Clerk of the Court to VACATE the July 30, 2025 evidentiary hearing (ECF No. 22) and terminate the motion to proceed in this Court (ECF No. 18).

///

///

///

///

IT IS FURTHER ORDERED that the parties shall file a joint status report regarding the status of the arbitration **30 days** from the entry of this order. At that time, the Court will consider whether to impose a recurring status report schedule.

IT IS SO ORDERED.

Dated:   **July 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge