## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RIVERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case No. 1:24-cv-01129-JLT-SAB<br><br>ORDER RE STATUS REPORT<br><br>(ECF No. 25)<br><br>**THIRTY-DAY DEADLINE** |

On August 1, 2025, the parties filed a status report as to the status of arbitration pursuant to the Court's July 3, 2025 order. (ECF No. 25.) The parties detail their efforts thus far and proffer that they are now awaiting confirmation from JAMS of receipt of payment but anticipate that the arbitration matter will proceed shortly.

IT IS HEREBY ORDERED that the parties shall file a joint status report regarding the status of the arbitration **30 days** from the date of entry of this order. Once arbitration has commenced, the Court will impose a recurring status report schedule.

IT IS SO ORDERED.

Dated: __August 5, 2025__　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge