1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RIVERS, et al., | Case No. 1:24-cv-01129-JLT-SAB |
| Plaintiffs, | ORDER RE STATUS REPORT; SETTING RECURRING STATUS REPORT SCHEDULE |
| v. | |
| JPMORGAN CHASE BANK, N.A., | (ECF No. 27) |
| Defendant. | |

On September 4, 2025, the parties filed a status report as to the status of arbitration pursuant to the Court's August 5, 2025 order. (ECF Nos. 26; 27.) The parties detail their efforts thus far and proffer that an arbitrator has been appointed, and the parties are now awaiting the setting of an initial case management conference.

IT IS HEREBY ORDERED that the parties shall file a joint status report outlining the status of the arbitration **sixty (60) days** from the date of this order and every **sixty (60) days** thereafter or within **ten (10) days** of the completion of arbitration, whichever is sooner.

IT IS SO ORDERED.

Dated:   **September 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge