# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RIVERS, et al., | Case No. 1:24-cv-01129-JLT-SAB |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT REGARDING ARBITRATION |
| v. | |
| JPMORGAN CHASE BANK, N.A., | (ECF No. 28) |
| Defendant. | **JULY 16, 2026 DEADLINE** |

On September 5, 2025, the Court ordered that the parties file a joint status report outlining the status of arbitration "every sixty (60) . . . days or within ten (10) days of the completion of arbitration, whichever is sooner." (ECF No. 28.)  Although the parties' last joint status report (ECF No. 32) indicated that they have confirmed their general availability for a hearing to be held in January or February 2027 and are in the process of coordinating specific dates, the parties were nevertheless required to file a joint status report.  More than sixty days have now passed, and the parties have not filed a joint status report.

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court DIRECTS the parties to file a joint status report by **July 16, 2026.**[1]    Should the parties fail to comply with this order, the Court will consider imposing sanctions.

IT IS SO ORDERED.

Dated:    **July 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The next 60-day deadline shall be calculated from July 16, 2026.

2